```
 1
 2                      IN THE UNITED STATES DISTRICT COURT
 3
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 4
 5
   ANTHONY GEORGE BANKSTON,
 6                                                  No. CV-09-0161 MMC (PR)
 7           Plaintiff,
                                                    JUDGMENT IN A CIVIL CASE
 8     v.
 9
   D. SMETHERS, Correctional Officer, et al.,
10
             Defendants.
11                                             /
12
        ( )  Jury Verdict. This action came before the Court for a trial by jury. The issues
13
   have been tried and the jury has rendered its verdict.
14
        (X)  Decision by Court. This action came to trial or hearing before the Court. The
15
   issues have been tried or heard and a decision has been rendered.
16
        IT IS SO ORDERED AND ADJUDGED the complaint is hereby DISMISSED
17
   without leave to amend.
18
19
20  Dated: April 16, 2009                           Richard W. Wieking, Clerk
21
                                                    /s/ Tracy Lucero
22                                                  By: Tracy Lucero
                                                    Deputy Clerk
23
24
25
26
27
28
```